WEST GRANT WATER ASSOCIATION     NUMBER 16957

VERSUS     35TH JUDICIAL DISTRICT COURT

COBURNS SUPPLY COMPANY, ET AL     GRANT PARISH, LOUISIANA

CV04-2583

PETITION FOR DAMAGES IN REDHIBITION, PRODUCTS LIABILITY AND BREACH OF WARRANTY

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
DEC 2 7 2004
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

NOW INTO COURT, through undersigned counsel, comes and appears the WEST GRANT WATER ASSOCIATION, a Louisiana Corporation domiciled in Grant Parish, Louisiana, who respectfully represents and shows:

1.

Made defendants herein are:

1) COBURNS SUPPLY COMPANY, a Texas Corporation, licensed to do business in Louisiana, who may be served through their agent for service of process, Arthur J. Maloney, Jr., 308 Constitution Drive, Lafayette, Louisiana, 70503; and

2) MASTER METER, INC., a foreign corporation, who may be served by the Louisiana Long Arm Statute at 1010 Regency Parkway, Mansfield, Texas, 76063.

2.

In 2002, WEST GRANT WATER ASSOCIATION was looking to upgrade its water meters to provide better and more efficient service to its customers.

3.

Towards that end, WEST GRANT WATER ASSOCIATION entered negotiations with COBURNS for the purchase of water meters.

4.

On April 8, 2002, WEST GRANT WATER ASSOCIATION purchased over one thousand (1,000) Master Meter Dialog Register Dual Switch RF Module Water Meters from your defendant, COBURNS.

5.

Your defendant, MASTER METER, INC., offered a ten year (10) warranty on the meters that it manufactured.

DEFENDANT'S EXHIBIT A

6.

The total purchase price for the meters, including tax, was approximately One Hundred Eighty-Nine Thousand and No/100 ($189,000.00) Dollars.

7.

Throughout the summer of 2002, the meters were installed at the residences of WEST GRANT customers.

8.

Almost immediately after installation and continuing to the present date, the Master Meter Water Meters began malfunctioning. These problems were due to the fact that the water meters were improperly manufactured and sealed so that moisture and condensation entered the body of the meter and caused memory malfunction, inaccurate recording of water usage, failure to transmit data in a readable form, and other such problems that have made these meters totally unreliable.

9.

The malfunctions have continued up until the present date.

10.

During the two, plus (2+) years of use of the water meters, representatives of MASTER METER, INC. and salesmen from COBURNS have repeatedly attempted to repair the meters, or replace them with newer meters of the same make and model. These repair attempts have failed.

11.

WEST GRANT WATER ASSOCIATION has paid over Thirty Thousand and No/100 ($30,000.00) Dollars to repair and replace the water meters manufactured by MASTER METER, INC. and sole by COBURNS. WEST GRANT WATER ASSOCIATION will have to replace all of these meters because they are unfit for their intended purpose.

12.

The water meters are defective, and WEST GRANT WATER ASSOCIATION is entitled to a Judgment rescinding the sale of these water meters pursuant to Louisiana Civil Code Article 2520.

13.

WEST GRANT WATER ASSOCIATION is entitled to the return of the purchase price from your defendants, along with the recovery of the cost of repair and replacement, sales taxes, additional labor costs associated with hand reading each meter, and all other costs associated with the maintenance and care of these defective water meters.

14.

As the manufacture, MASTER METER, INC., is liable for all of the above referenced damages and attorney's fees because they are presumed to be in bad faith pursuant to Louisiana Civil Code Article 2545. Furthermore, COBURNS is also liable for attorney's fees pursuant to 2545 because they knew of the defective nature of the water meters before they sold the meters to WEST GRANT WATER ASSOCIATION.

15.

MASTER METER, INC. is also liable for the defective water meters under the Louisiana Products Liability Act because each meter is unreasonable dangerous in its construction or composition, or in the alternative, unreasonably dangerous in design because each meter has not been manufactured to make the unit water tight so that the computer data is not corrupted.

16.

MASTER METER, INC. and COBURNS have breached their expressed warranties of sale for failing to sell a reliable product and failing to remedy, repair or replace the meters with reliable products.

WHEREFORE, WEST GRANT WATER ASSOCIATION prays that this Petition be filed, and after due proceedings had a Judgment be rendered in favor of the plaintiff and against the defendants for all general and special damages pled, attorney's fees, Court costs,

judicial interest from date of judicial demand until paid, and a Judgment rescinding the sale.

       Respectfully submitted,

       CORKERN & CREWS, L.L.C.
       Attorneys at Law
       Post Office Box 1036
       Natchitoches, Louisiana 71458-1036

       BY: _____
        JASON O. METHVIN, Attorney for Plaintiff
        #23868